IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>Tromar MAPP,<br><br>             Defendant. | :<br>:<br>:<br>:  Criminal Action No. 17- 46-UNA<br>:<br>:<br>:  REDACTED<br>:<br>:<br>: |

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**COUNT I**

From on or about February 10, 2017 until on or about March 8, 2017, in the State and District of Delaware, **Tromar MAPP**, defendant herein, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, a Sig Sauer P226 model P226, 9-mm pistol, serial number U572174, and nineteen rounds of Remington 9 mm ammunition, after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**COUNT II**

From on or about February 10, 2017 until on or about March 8, 2017, in the District of Delaware, **Tromar MAPP**, defendant herein, did knowingly possess a firearm, to wit, a Sig Sauer P226 model P226, 9-mm pistol, serial number U572174, in furtherance of a drug

trafficking crime for which he may be prosecuted in a court of the United States, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT III

On or about September 1, 2016, in the District of Delaware, the defendant, **Tromar Mapp**, did knowingly distribute a mixture and substance containing a detectible amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

### COUNT IV

On or about February 2, 2017, in the District of Delaware, the defendant, **Tromar Mapp**, did knowingly distribute a mixture and substance containing a detectible amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

### COUNT V

On or about February 10, 2017, in the District of Delaware, the defendant, **Tromar Mapp**, did knowingly distribute a mixture and substance containing a detectible amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

### COUNT VI

On or about March 8, 2017, in the District of Delaware, the defendant, **Tromar Mapp**, did knowingly possess with intent to distribute a mixture and substance containing a detectible amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

## NOTICE OF FORFEITURE – COUNTS I and II

Upon conviction of Counts One and Two, as alleged in this Indictment, defendant **Tromar MAPP** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the commission of the offense, including but not limited to a Sig Sauer, P226 model, 9-mm pistol, serial number U572174, and a magazine containing nineteen rounds of Remington 9 mm ammunition also seized from 805 Heritage Drive, Seaford, Delaware on March 8, 2017.

## NOTICE OF FORFEITURE- COUNTS III-V

Upon conviction for the controlled substance offense(s) alleged in Counts III-V of this Indictment, the defendant, **Tromar MAPP**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation(s), and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, said violation, including a Sig Sauer, P226 model, 9-mm pistol, serial number U572174, and a magazine containing nineteen rounds of Remington 9 mm ammunition also seized from 805 Heritage Drive, Seaford, Delaware on March 8, 2017.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

ll in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

### NOTICE OF FORFEITURE- COUNT VI

Upon conviction for the controlled substance offense alleged in Count VI of this Indictment, the defendant, **Tromar MAPP**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, said violation, including a Sig Sauer, P226 model, 9-mm pistol, serial number U572174, and a magazine containing nineteen rounds of Remington 9 mm ammunition also seized from 805 Heritage Drive, Seaford, Delaware on March 8, 2017.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(f) cannot be located upon the exercise of due diligence;

(g) has been transferred or sold to, or deposited with, a third party;

(h) has been placed beyond the jurisdiction of the court;

(i) has been substantially diminished in value; or

(j) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a), Federal Rules of Criminal Procedure.

                                  A TRUE BILL

                                  FOREPERSON

DAVID C. WEISS
ACTING UNITED STATES ATTORNEY

By: Jennifer K. Welsh
     Assistant United States Attorney

Dated: June 6, 2017